IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN ANDREW COGBURN                                                                    PLAINTIFF
ADC # 181168

v.                                  3:23CV00157-DPM-JTK

ARKANSAS DEPARTMET OF
CORRECTIONS, et al.                                                                     DEFENDANTS

## ORDER

Having reviewed Kevin Andrew Cogburn's ("Plaintiff") Complaint, as amended (Doc. Nos. 2, 4) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendant Tate is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Tate. The United States Marshal shall serve a copy of the Complaint, as amended (Doc. Nos. 2, 4), Summons, and this Order on Defendant Tate without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 3rd day of August, 2023

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).