## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KEVIN ANDREW COGBURN**                                    **PLAINTIFF**
**ADC# 181168**

v.                              **No. 3:23-cv-157-DPM**

**ARKANSAS DEPARTMENT OF**
**CORRECTIONS and TATE,**
**Lieutenant, Randall L. Williams Unit**                     **DEFENDANTS**

### ORDER

Unopposed recommendation, *Doc. 6*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Cogburn's claims against the Arkansas Department of Corrections and Lieutenant Tate in his official capacity are dismissed without prejudice.  The Arkansas Department of Corrections is dismissed as a defendant.  To the extent Cogburn asks for release from prison, that claim is dismissed without prejudice too.  His failure to protect claim against Lieutenant Tate in his personal capacity goes forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2023