IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN ANDREW COGBURN                                                                PLAINTIFF
ADC # 181168

v.                                    3:23CV00157-DPM-JTK

ARKANSAS DEPARTMET OF
CORRECTIONS, et al.                                                                 DEFENDANTS

## ORDER

Defendant John Tate, through counsel, responded to Plaintiff's Amended Complaint and supplied his full and correct name. (Doc. No. 10). The Clerk of the Court is directed to change the style of the case to reflect the correct name of Defendant Tate.

IT IS SO ORDERED this 20th day of September, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE