IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN ANDREW COGBURN                                                                          PLAINTIFF
ADC # 181168

     v.            3:23CV00157-DPM-JTK

ARKANSAS DEPARTMET OF
CORRECTIONS, et al.                                                                                      DEFENDANTS

## ORDER

On September 19, 2023, Defendant John Tate, through counsel, filed a Motion to Dismiss for Failure to State a Claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, along with a Brief in Support. (Doc. Nos. 10-11). If Kevin Andrew Cogburn ("Plaintiff") wishes to file a response to Defendant Tate's Motion, he must do so within thirty (30) days of the date of this Order. If Plaintiff fails to do so, the Court will make a recommendation regarding Defendant Tate's Motion without the benefit of Plaintiff's Response.

     IT IS SO ORDERED this 20th day of September, 2023.

                                                                  _____
                                                                  JEROME T. KEARNEY
                                                                  UNITED STATES MAGISTRATE JUDGE