IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN ANDREW COGBURN                                                                       PLAINTIFF
ADC # 181168

v.                                           3:23CV00157-DPM-JTK

ARKANSAS DEPARTMET OF
CORRECTIONS, et al.                                                                       DEFENDANTS

## ORDER

On December 19, 2023, Assistant Attorney General Kesia Morrison entered her appearance on behalf of Defendant John Tate. (Doc. No. 19). Current counsel of record Brooks White is leaving his employment at the Office of the Attorney General and will no longer be involved with this case. (Id.). Accordingly, Kesia Morrison's request to be substituted as attorney of record (Doc. No. 19) is GRANTED. Kesia Morrison is substituted as attorney of record in lieu of Brooks White.

IT IS SO ORDERED this 29th day of December, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE