IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN ANDREW COGBURN
ADC# 181168                                             PLAINTIFF

v.                     No. 3:23-cv-157-DPM

JOHN TATE, Lieutenant,
Randall L. Williams Unit                                DEFENDANT

ORDER

On *de novo* review, the Court declines the recommendation, *Doc. 17*, and sustains the objections, *Doc 18*, as modified. Cogburn's having told Lieutenant Tate that he "feared for [his] safety in Barracks (2)" and that his "life was in danger", *Doc. 4 at 1*, does not state a failure to protect claim even though Tate threatened to discipline Cogburn if he didn't return to the barracks and Cogburn was attacked in the shower that night. *Vandevender v. Sass*, 970 F.3d 972 (8th Cir. 2020). This general and vague statement didn't provide Lt. Tate sufficient information to support potential liability. And Cogburn pleads no other facts told to, or known by, Lt. Tate that put him on notice of any danger.

Motion to dismiss, *Doc. 10*, granted as modified. Any proposed third amended complaint with more details due by 23 March 2024. The Court will withhold judgment until then.

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2024