IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN ANDREW COGBURN                                        PLAINTIFF
ADC# 181168

v.                          No. 3:23-cv-157-DPM

ARKANSAS DEPARTMENT OF
CORRECTIONS and JOHN TATE,
Lieutenant, Randall L. Williams Unit                        DEFENDANTS

## JUDGMENT

Cogburn's amended complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2024